**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNY NORA, ) <br> ) <br>          Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> JASON SCHWAB, ARON ALGREN, ) <br> ) <br>          Defendants. ) <br> ) | NO. CV 10-1675 VAP (SS) <br><br> **JUDGMENT** |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: April 12, 2010

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE